UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| RONNIE BROWN,<br><br>        Plaintiff,<br><br>    v.<br><br>SUZANNE HUBBARD, Secretary,<br>California Department of<br>Corrections, et. al.,<br><br>        Defendants. | NO. CV-08-2394-EFS (PC)<br><br>**ORDER REQUIRING PLAINTIFF TO SUBMIT DOCUMENTS** |

    Before the Court is *pro se* state prisoner Plaintiff Ronnie Brown's Complaint, alleging a Fourteenth Amendment procedural due process claim under 42 U.S.C. § 1983. (Ct. Rec. 1.) Under the Prisoner Litigation Reform Act of 1995, the Court is required to screen prisoner complaints seeking relief against a governmental entity or an officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Claims that are legally frivolous or malicious, claims that fail to state a claim upon which relief may be granted, and claims that seek monetary relief from a defendant who is immune from such relief are properly dismissed. *Id.* §§ 1915A(b)(1), (2) & 1915(e)(2).

    After review, the Court finds the complaint states plausible 42 U.S.C. § 1983 claims based on a Fourteenth Amendment procedural due

ORDER * 1

process violation and orders Plaintiff to prepare and return service documents so that the U.S. Marshals may serve the complaint on Defendants Suzanne Hubbard, Karem E. Noujaim, and Suzanne Smith. All claims against Karen Thacker, Appeals Coordinator, are dismissed because she is immune from suit for damages under section 1983. *See generally Moore v. Brewster*, 96 F.3d 1240, 1244 (9th Cir. 1996) (applying absolute judicial immunity to certain court employees "who perform functions closely associated with the judicial process"). This immunity "extends to actions for declaratory, injunctive and other equitable relief." *Id.* at 1243.

Accordingly, **IT IS HEREBY ORDERED**:

1. All section 1983 damage claims against Karen Thacker are **dismissed with prejudice**. The District Court Executive shall amend the caption to reflect that Karen Thacker is no longer a party.

2. Service is appropriate for the following Defendants: Suzanne Hubbard, Karem E. Noujaim, and Suzanne Smith.

3. The Clerk of Court shall immediately send Plaintiff a USM-285 form for each Defendant to be served, as well as a summons, instruction sheet, and a copy of the complaint (Ct. Rec. 1).

4. Within **forty-five (45) days** from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the Court:

    a. The completed Notice of Submission of Documents;
    b. One completed summons;
    c. One completed USM-285 form for each Defendant listed in paragraph 2 above; and

ORDER * 2

1            d.   four (4) copies of the complaint (Ct. Rec. 1).

2     5. Plaintiff need not attempt service on Defendants and need not
3  request waiver of service.  After receiving the above-described
4  documents, the Court will issue a separate Order requiring the U.S.
5  Marshals to serve each Defendant listed in paragraph 2.

6     6. The Court cautions Plaintiff that failing to submit the above-
7  described documents within **forty-five (45) days** will be construed as
8  permission to **dismiss this lawsuit** under Federal Rule of Civil
9  Procedure 41.

10    **IT IS SO ORDERED**.  The District Court Executive is directed to enter
11 this Order and provide a copy to Plaintiff and the U.S. Marshals Service.

12    **DATED** this 29th day of January 2009.

                          S/ Edward F. Shea
                          EDWARD F. SHEA
                   United States District Judge

C:\WINDOWS\Temp\notes101AA1\ED.CA.08.2394.FillOut.wpd

ORDER * 3

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA
                         SACRAMENTO DIVISION
```

| | |
|---|---|
| RONNIE BROWN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SUZANNE HUBBARD, Secretary,<br>California Department of<br>Corrections, et. al.,<br><br>　　　　　Defendants. | NO. CV-08-2394-EFS (PC)<br><br>NOTICE OF SUBMISSION OF<br>DOCUMENTS |

　　　Plaintiff hereby submits the following documents in compliance with the Court's Order filed _____:

　　　　_____　　completed summons form;

　　　　_____　　completed USM-285 forms; and

　　　　_____　　copies of the complaint (Ct. Rec. 1).


DATED: _____

　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Plaintiff


ORDER * 4