UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| RONNIE BROWN,<br><br>        Plaintiff,<br><br>    v.<br><br>SUZANNE HUBBARD, Secretary California Department of Corrections, et. al.,<br><br>        Defendants. | NO. CV-08-2394-EFS (PC)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

    In a June 2009 Order, the Court denied pro se Plaintiff Ronnie Brown's motion to reinstate his in forma pauperis status and directed Plaintiff to remit the full $350.00 filing fee for the above-captioned matter no later than July 2, 2009. (Ct. Rec. 29.) The Court cautioned Plaintiff that failure to do so would be construed as consent to dismissal for failure to prosecute. *Id.* To date, Plaintiff has not paid the required filing fee.

    Accordingly, **IT IS HEREBY ORDERED:**

    1. Plaintiff's Amended Civil Rights Complaint **(Ct. Rec. 20)** is **DISMISSED with prejudice**;

    2. **Judgment** shall be entered in Defendants' favor;

ORDER * 1

3. All pending motions are **denied as moot**;

4. All pending trial and hearing dates are **stricken**; and

5. This file shall be **closed**.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and forward a copy to Plaintiff and defense counsel.

**DATED** this ___13th___ day of July 2009.


                S/ Edward F. Shea
                EDWARD F. SHEA
            United States District Judge

C:\WINDOWS\Temp\notes101AA1\ED.CA.08.2394.Dismiss.wpd

ORDER * 2